FILED
2012 SEP 20 AM 11:27
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR4370 |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, |
| JONATHAN ORTIZ, aka Jonathan Ortiz-Reveles, | EXONERATE THE BOND, AND PASSPORT BE RELEASED BY PRETRIAL IF HELD |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA ON August 27, 2012, and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 9/20/12

HONORABLE CATHY ANN BENCIVENGO
United States District Court Judge